IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRYANT P. ROWLETTE | * | |
| Plaintiff | * | |
| v | * | Civil Action No. RDB-18-3003 |
| USO | * | |
| (*United Services Organization*) | * | |
| Defendant | | |

\*\*\*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of January, 2019, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The complaint IS DISMISSED for failure to state a claim;

2. The Clerk SHALL PROVIDE a copy of the foregoing Memorandum Opinion and a copy of this Order to Plaintiff ; and

3. The Clerk SHALL CLOSE this case.

_____
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE